# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **MONDREGO M. MONTGOMERY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No.: _____ |
| | ) | Judge _____ |
| **v.** | ) | Magistrate Judge _____ |
| | ) | |
| | ) | Jury Demand |
| | ) | |
| **JOSE ESPINAL AND** | ) | |
| **NEW PRIME INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332, 1441, and 1446, Defendants Jose Espinal and New Prime Inc., ("Defendants"), by counsel, file this Notice of Removal of this action from the Circuit County Court in Davidson County, Tennessee, where it is now pending, to the United States District Court for the Middle District of Tennessee based upon diversity of citizenship and an amount in controversy exceeding $75,000.00. The grounds for removal are as follows.

**Procedural Background**

1. This action was commenced on July 26, 2021, by Plaintiff's filing of the Complaint in the Davidson County Circuit Court in Nashville, Tennessee, Case No. 21C1242 (the "Complaint"). True and accurate copies of the pleadings served upon the Defendants in this action are attached as Exhibit A.

2. The Complaint was served on New Prime Inc. sometime after July 30, 2021 by certified mail. The exact date the Complaint was received by New Prime is not known; however, the certified letter was mailed to it on July 30, 2021. Mr. Espinal was served on

August 7, 2021. The Notice of Removal is being filed within thirty (30) days after service of the Complaint in the matter upon the last-served defendant; therefore, the removal is timely in accordance with 28 U.S.C. § 1446.

    3.    The Complaint contains allegations of negligence and "wantonness". Complaint at pp. 2-4. The Complaint seeks a total of $300,000 in damages ($150,000 from Mr. Espinal and $150,000 from New Prime.) Complaint, p. 4.

    4.    The Plaintiff is a resident of Lexington, Fayette County, Kentucky.

    5.    The Defendant, Jose Espinal is a resident of Kissimmee, Osceola County, Florida.

    6.    The Defendant, New Prime Inc., is a Nebraska corporation whose principal place of business is located in Springfield, Missouri.

    7.    The United States District Court for the Middle District of Tennessee has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 as there is complete diversity of the parties, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

    8.    A copy of this Notice of Removal is being served by United States mail and electronic mail on counsel for Plaintiff, and a Notice of Filing of Notice of Removal is being filed with the Davidson County Circuit Court in Nashville, Tennessee, in accordance with 28 U.S.C. § 1446(d). (Copies of those notices are attached as Exhibit B.) The necessary filing fees have been paid simultaneously with the filing of the Notice of Removal.

    8.    Defendant demands a jury to try this case.

WHEREFORE, Defendants, New Prime Inc., and Jose Espinal, pray that this Court consider the Notice of Removal as provided by law governing removal of cases to this Court and

that this Court enter the appropriate orders to effect the removal of this case from the Davidson County Circuit Court in Nashville, Tennessee, to this Court.

Respectfully submitted,

LEWIS THOMASON, P.C.

By: */s/ John R. Tarpley*
John R. Tarpley, BPR # 9661
*jtarpley@lewisthomason.com*
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1366

*Attorneys for Defendants New Prime Inc. and Jose Espinal*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF REMOVAL was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail and email. Parties may access this filing through the Court's electronic filing system.

C. Anthony Graffeo
Shunnarah Injury Lawyers
221 Longwood Drive SW
P.O. Box 467
Huntsville, Alabama 35804

This the 25th day of August, 2021.

*/s/ John R. Tarpley*