# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MONDREGO M. MONTGOMERY, | ) |
| Plaintiff, | ) No.: NO. 3:21-cv-0662 |
| v. | ) Judge Waverly D. Crenshaw, Jr. |
| | ) Magistrate Judge Jeffery S. Frensley |
| JOSE ESPINAL AND NEW PRIME, INC, | ) |
| Defendants. | ) JURY DEMAND |

## AGREED ORDER OF DISMISSAL

Previously, the parties submitted a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) in this case.

Accordingly, this case, including all claims and counterclaims asserted therein, is hereby dismissed with prejudice.

It is so **ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED FOR ENTRY:

LEWIS THOMASON

/s/ John R. Tarpley
John R. Tarpley, TN BPR No. 009661
P.O. Box 198615
Nashville, TN 37219
615.259.1366
jtarpley@lewisthomason.com

*Attorneys for Defendants*

SHUNNARAH INJURY LAWYERS

**/s/** C. Anthony Graffeo (w/ permission John R. Tarpley)
C. Anthony Graffeo BPR No. 025859
221 Longwood Drive SW
P.O. Box 467
Hunstville, AL 35804

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing AGREED ORDER OF DISMISSAL was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail and email. Parties may access this filing through the Court's electronic filing system.

    C. Anthony Graffeo
    Shunnarah Injury Lawyers
    221 Longwood Drive SW
    P.O. Box 467
    Huntsville, Alabama 35804

This the 13th day of December 2021.

    */s/ John R. Tarpley*