# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MONDREGO M. MONTGOMERY, ) | |
| ) | |
| Plaintiff, ) | No.: NO. 3:21-cv-0662 |
| ) | |
| v. ) | |
| ) | |
| JOSE ESPINAL AND NEW PRIME, INC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## AGREED ORDER OF DISMISSAL

The parties have submitted a Joint Stipulation of Dismissal (Doc. No. 15). Accordingly, this case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) in this case. The Clerk shall close this file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE